**12-14628-C**

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL FROM:
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 SEP -5 PM 1:22
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES,

    Plaintiff,

v.                                                      CASE NO.   03:06-CR-211-J-32HTS

TONY HENDERSON,                         JUDGE THOMAS J. CORRIGAN

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Tony Henderson, defendant in the above named case, hereby appeals to the United States Court of appeals for the Eleventh Circuit from the Order Denying Defendant's Renewed Motion to Return/Disposition of Property entered in this action on the 8th day of August, 2012.

Dated: September 4, 2012

Respectfully submitted,

Tony Henderson, Pro Se
6195 Oakdale Lane
MacClenny, FL 32063
Phone: 904-259-1436
          904-233-3613

Attachments
    Motion to Proceed In Forma Pauperis
    Motion for Preservation of Property Pending Appeal

## CERTIFICATE OF SERVICE

I, Tony Henderson, hereby certify and affirm that a true and correct copy of this Motion to Preserve Property Pending Appeal, Notice to Appeal and Motion for Permission to Appeal in Forma Pauperis and Affidavit was served on the following persons on September 4, 2012 by regular U.S. Mail:

U.S. District Judge Honorable Timothy J. Corrigan
U.S. District Court
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL 32202

U.S. District Court
Clerk of the Court
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL 32202

Russell Stoddard
Assistant U.S. Attorney
300 N. Hogan Street, Ste. 700
Jacksonville, FL 32202

_____
Tony Henderson