12-14628-C

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 3:06-cr-211-J-32TEM

TONY HENDERSON

---

### ORDER

This case is before the Court on Defendant's Motion to Return/Disposition of Property (Doc. 155), Defendant's Renewed Motion for Return of Property (Doc. 162), Defendant's Renewed Motion for Return of Property (Doc. 163) and Defendant's Renewed Motion to Return/Disposition of Property (Doc. 165), to which the United States has filed a response (Doc. 159). The Magistrate Judge held a hearing on May 16, 2011, following which the Magistrate Judge entered a Report and Recommendation (Doc. 169) recommending that the Motions be denied. Defendant objected to the Report and Recommendation (Doc. 170) and the government did not respond to the objections. Having now conducted a <u>de novo</u> review, it is

**ORDERED:**

1. Defendant's Objections to Report and Recommendation (Doc. 170) are **OVERRULED.**

2. The Report and Recommendation (Doc. 169) is **ADOPTED** as the opinion of the Court.

3.  Defendant's Motion to Return/Disposition of Property (Doc. 155) is **DENIED**.

4.  Defendant's Renewed Motion for Return of Property (Doc. 162), Defendant's Renewed Motion for Return of Property (Doc. 163) and Defendant's Renewed Motion to Return/Disposition of Property (Doc. 165) are **DEEMED MOOT**.

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of August, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Hon. Thomas E. Morris, U.S. Magistrate Judge
Russell C. Stoddard, AUSA
U.S. Probation
Defendant

2