UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
CIVIL APPEAL STATEMENT

*U.S. COURT OF APPEALS RECEIVED CLERK OCT 12 2012 ATLANTA, GA.*

11th Circuit Docket Number: **12-14628-C**

Please TYPE. Attach additional pages if necessary.

| Caption: | |
|---|---|
| United States | District and Division: ~~M.D. Florida, Jacksonville Div.~~<br>Name of Judge: Thomas J. Corrigan<br>Nature of Suit: Rule 41(g) |
| v. | Date Complaint Filed: ~~June 13, 2010~~<br>District Court Docket Number: 3:06-cr-211-J-32TEM<br>Date Notice of Appeal Filed: ~~September 7, 2012~~<br>✓ Cross Appeal   ☐ Class Action |
| Tony Henderson | Has this matter previously been before this court?<br>✓ Yes   ☐ No<br>If Yes, provide<br>(a) Caption:<br>(b) Citation:<br>(c) Docket Number: |

| | Attorney Name | Mailing Address | Telephone, Fax, and Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☒ Defendant<br>☐ Other (Specify) | Pro Se | 6195 Oakdale Lane<br>MacClenny, FL 32063 | 904-259-1436<br>904-233-3613 |
| For Appellee:<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | U.S. Attorney's Office<br>Russell Stoddard | U.S. District Court<br>Middle District of Florida<br>300 N. Hogan St.<br>Jacksonville, FL 32202 | 904-301-6300 |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ Federal Question | ☒ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | | ☐ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded: $_____ to _____ |
| | | ☐ Judgment/Jury Verdict | |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☐ Preliminary   ☐ Granted<br>☐ Permanent   ☐ Denied |
| | ☐ 54(b) | ☒ Other __Denied rule 41(g)__ | |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☒ Yes ☐ No
    What is the issue you claim is one of First Impression? Return of marital property not subject to seizure

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☒ Yes ☐ No

    If Yes, provide
    (a) Case Name/Statute — U.S. v. Howell & 17 USC 922(g)
    (b) Citation — 425 F. 3d 971 (11th Cir 2005)x
    (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☒ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☒ No

    If Yes, provide
    (a) Case Name
    (b) Citation
    (c) Docket Number if unreported
    (d) Court or Agency

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit? ☐ Yes ☒ No
    (b) Among circuits? ☒ Yes ☐ No

    If Yes, explain briefly:
    US v. Rodriguez, 2011 U.S. Dist. LEXIS 133109 (Feb. 2011); U.S. v. Zaleski, 212 U.S. App. LEXIS 14435 (2nd Cir. July 2012); U.S. v. Brown, 2010 U.S. Dist LEXIS 35358 (D.N.H. 2010) ; U.S. v. Miller, 588 F.3d 418 (7th Cir. Nov. 2009) all have granted equitable relief and reject/distinguish U.S. v. Howell.

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    The current trend among the circuits is to fashion an equitable remedy where firearms are not subject to forfeiture, are not contraband, and have not be subject to notice for puroses of due process. My spouse has a marital property interest in the property as does my children. Thre has been no recognition of their rights, notice torht to claim said property and their interest was extinguished without notice. this is also an argument that the government has imposed a fine that was not part of the original sentence by failing to return the property or provide relief to spouse's interest. Other courts have issued more recent decisions that Howell and have recognized equitable remedies that do not run afoul of 922 (g) in the implementation.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __10__ DAY OF ____October____, __2012__

Tony Henderson, Pro Se
NAME OF COUNSEL (Print)                            SIGNATURE OF COUNSEL

*Please ATTACH portion of district court, tax court, or agency record described in 11th Cir. R. 33-1(b): (a) judgments and orders appealed from or sought to be reviewed; (b) any supporting opinion, findings of fact, and conclusions of law filed by the court or the agency, board, commission, or officer; (c) any report and recommendation adopted by an order; (d) findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; (e) any agency docket sheet or record index.*

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF SERVICE

United States vs. Tony Henderson    Appeal No. 12-14628-C

FRAP 25(b) through (d) (see reverse) requires that at or before the time of filing a paper, a party must serve a copy on the other parties to the appeal or review. In addition, the person who made service must certify that the other parties have been served, indicating the date and manner of service, the names of the persons served, and their addresses. **You may use this form to fulfill this requirement.** *Please type or print legibly.*

I hereby certify that on (date) October 10, 2012,

a true and correct copy of the foregoing (title of filing) Appeal of Denial of Motion to Return Property under Rule 41(g),

with first class postage prepaid, has been (check one)

☒ deposited in the U.S. Mail        ☐ deposited in the prison's internal mailing system

and properly addressed to the persons whose names and addresses are listed below:

| U.S. 11th Circuit Court of Appeals | U.S. Attorney's Office |
|---|---|
| Attn: Walter Pollard, C. | Attn: Russell C. Stoddard |
| 56 Forsyth Street, N.W. | U.S. District Court |
| Atlanta, Georgia 30303 | Middle District of Florida |
|  | 300 N. Hogan St. Ste.#700 |
|  | Jacksonville, Florida 32202 |

Tony Henderson
Your Name (please print)        *[signature]* Your Signature

*Please complete and attach this form to the original document and to any copies you are filing with the court, and to all copies you are serving on other parties to the appeal.*