# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 15, 2012

Tony Henderson
6195 OAKDALE LN
MACCLENNY, FL

Appeal Number: 12-14628-C
Case Style: USA v. Tony Henderson
District Court Docket No: 3:06-cr-00211-TJC-TEM-1

I am returning to you unfiled the papers which you have submitted. A civil appeal statement is unnecessary in a criminal appeal by a pro-se appellant.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

PRO-3 Letter Returning Papers Unfiled