**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff

vs.                                  Case No. 3:06-cr-211-J-32TEM

TONY HENDERSON,

    Defendant

_USCA # 12-14628-C_ (handwritten)

### ORDER

This case is before the Court on defendant's Motion for Permission to Appeal in Forma Pauperis (Doc. 173) and on defendant's Motion to Preserve Property Pending Appeal (Doc. 174). Upon consideration, it is hereby

**ORDERED:**

1. Defendant's Motion for Leave to Appeal In Forma Pauperis (Doc. 173) is **DENIED**, defendant having not demonstrated indigence.

2. Defendant's Motion to Preserve Property Pending Appeal (Doc. 174) is **GRANTED**. The government should instruct the Federal Bureau of Investigations to maintain the subject property pending a decision on appeal.

CERTIFIED A TRUE COPY
SHERYL L. LOESCH CLERK
U. S. DISTRICT COURT
By: _____
Deputy Clerk

**DONE AND ORDERED** in Jacksonville, Florida, this 20th _day of November, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to
Counsel of Record
Defendant
Clerk of Court for the Eleventh Circuit Court of Appeals