IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 12-14628-C

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TONY HENDERSON,
a.k.a. Hollywood,

Defendant-Appellant.

---

On Appeal from the United States District Court
for the Middle District of Florida

---

ORDER:

Tony Henderson's motion for leave to proceed on appeal *in forma pauperis* is DENIED because the appeal is frivolous. *See Pace v. Evans*, 709 F.2d 1428 (11th Cir. 1983).

/s/ Stanley Marcus
UNITED STATES CIRCUIT JUDGE