UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 02, 2013

Patricia D. Barksdale
U.S. Attorney's Office
300 N HOGAN ST STE 700
JACKSONVILLE, FL 32202-4270

Appeal Number: 12-14628-CC
Case Style: USA v. Tony Henderson
District Court Docket No: 3:06-cr-00211-TJC-TEM-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.** Appellant/petitioner's pro se brief has been received. Enclosed is a copy of the brief. Appellee's brief is due to be filed 30 days from the date recited in the certificate of service of appellant's brief. Consistent with Rule 31(a) of the Federal Rules of Appellate Procedure, the court has directed that the time for filing of appellee's brief shall run from the time of service of appellant's brief, even if appellant's brief is tendered for filing out of time or otherwise fails to comply with the court's rules. If you have not entered your appearance in this appeal, please note that the clerk may not accept your motions or other filings. See 11th Cir. R. 46-5. Appearance of Counsel Forms are available on the court's Web site at www.ca11.uscourts.gov. Motions for extensions of time to file a brief are frowned upon by the court.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of record excerpts or appendices in a particular case.

Attorneys and pro se parties in cases not participating in the Electronic Records on Appeal Program must file record excerpts in conformance with 11th Cir. R. 30-1 and 30-2. Attorneys and pro se parties whose cases are included in the program must file appendices in conformance with General Order 39, available on the court's Web site. Pro se parties who are incarcerated are not required to file record excerpts or appendices.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso, CC/mm
Phone #: (404) 335-6177

BR-10 Aple brf due Pro Se Aplt brf