# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 02, 2013

Tony Henderson
6195 OAKDALE LN
MACCLENNY, FL 32063

Appeal Number: 12-14628-CC
Case Style: USA v. Tony Henderson
District Court Docket No: 3:06-cr-00211-TJC-TEM-1

The record excerpts filed by you in the referenced appeal are deficient because they do not include the following items from the record as required by 11th Cir. R. 30-1:

Durable white covers (at least 90 lbs., front and back) with required information on front covers.

Index page and indexing tabs (each section must be tabbed to the right-hand side)

Docket sheet of court from which case originated

Complaint or petition (as amended)

Answer, response, counterclaim(s), cross-claim(s), and replies thereto

Judgment or interlocutory order(s) appealed from

The record excerpts or appendix do not contain an original signature as required by 11th Cir.R.25-4.

Certificate of Service (enclosed form).

One copy of your record excerpts will be filed, subject to receipt of five (5) copies of corrected record excerpts within **FOURTEEN (14) DAYS** from this date.

If you intend to make the corrections to the existing record excerpts, you may contact the clerk's office to make arrangements for their return at your expense. You may, instead, submit a new set of record excerpts that include the necessary corrections.

The corrected record excerpts or appendix must be served on all parties to this appeal.

HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Mary Marshall
Phone #: (404) 335-6223

                                                                             EXC-1 Excerpts deficiency letter