# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley                                                  For rules and forms visit
Clerk of Court                                            www.ca11.uscourts.gov

July 12, 2013

Tony Henderson
6195 OAKDALE LN
MACCLENNY, FL 32063

Appeal Number:  12-14628-CC
Case Style:  USA v. Tony Henderson
District Court Docket No:  3:06-cr-00211-TJC-TEM-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

You have been granted a 7-day extension of time to file your corrected appendix.  The due date is now July 23rd.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

EXT-1 Extension of time