2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)



U.S. Department of Justice
United States Attorney
Middle District of Florida

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Room 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

*Reply To:* Jacksonville, FL

July 29, 2013

John Ley, Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

  **Re:** *United States v. Tony Henderson*
    No. 12-14628-CC

Dear Mr. Ley:

  On July 29, 2013, the United States filed in the district court an Eleventh Circuit Transcript Information Form, a copy of which is enclosed. As the form demonstrates, the United States, as appellee, ordered the May 16, 2011, evidentiary hearing. Pursuant to 11th Cir. R. 31-1(b), the United States understands that this request stays the briefing schedule and that the United States' brief will be due 30 days after the requested transcript is filed in the district court.

  Thank you for your assistance.

          Very truly yours,

          A. LEE BENTLEY, III
          Acting United States Attorney

        By: *s/ Patricia D. Barksdale*
          PATRICIA D. BARKSDALE
          Assistant United States Attorney
Enclosure         Appellate Division

## Certificate of Service

I certify that a copy of this letter and the notice of electronic filing was sent by United States mail on July 29, 2013, to:

TONY HENDERSON
6195 Oakdale Lane
MacClenny, FL 32063-9511

*Defendant-Appellant, pro se*

                                        *s/ Patricia D. Barksdale*
                                        PATRICIA D. BARKSDALE
                                        Assistant United States Attorney