# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I. TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __United States of America__ vs __Tony Henderson__

District Court No.: __3:06-cr-211(S2)-J-32TEM__ Date Notice of Appeal Filed: __9/5/2012__ Court of Appeals No.: __12-14628-CC__ (If Available)

CHOOSE ONE: ☐ No hearing ☐ No transcript is required for appeal purposes ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☒ Other | 5/16/2011 | Honorable Thomas E. Morris | Shannon Bishop |

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __AUSA Russell C. Stoddard & AUSA Patricia D. Barksdale__
Name of Firm: __United States Attorney's Office__
Street Address/P.O. Box: __300 N. Hogan St., Ste. 700__ E-mail: __patricia.barksdale@usdoj.gov__
City/State/Zip Code: __Jacksonville, FL 32202__ Phone No.: __904-301-6300__

*I certify that I have completed and filed PART I with the District Court Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, mailed a filed copy to the Court of Appeals Clerk, and served all parties.*

DATE: __7/29/2013__ SIGNED: __s/Russell C. Stoddard & s/Patricia D. Barksdale__ Attorney for: __United States as Appellee__

## PART II. COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: __7/29/13__
☒ Satisfactory arrangements for paying the cost of the transcript were completed on: __7/29/13__
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: __1__ Estimated no. of transcript pages: __60__ Estimated filing date: __8/26/13__
DATE: __7/29/13__ SIGNED: __Shannon M Bishop__ Phone No.: __(904) 549-1307__

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): __8/12/13__
Actual No. of Volumes and Hearing Dates: __1 Volume__
Date: __8/12/13__ Signature of Court Reporter: __Shannon M Bishop__

Rev. 9/11