UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

Sheryl L. Loesch
Clerk

Jim Leanhart
Jacksonville Division Manager

DATE: October 8, 2013

TO:    Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 3:06-cr-211-J-32TEM

TONY HENDERSON

## CERTIFICATE OF READINESS OF RECORD ON APPEAL
### AND RECORD ON APPEAL

U.S.C.A. Case No.:    12-14628-CC

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

- Complete Record on Appeal:

    | | |
    |---|---|
    | 3 | Volumes of Pleadings {volume 3 sealed} |
    | 3 | Volumes of Transcripts |
    | 1 | Presentence Investigation Reports |

SHERYL L. LOESCH, CLERK

By:    s/S. Woolbright
       Deputy Clerk