UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 12-14628
_____

District Court Docket No.
3:06-cr-00211-TJC-TEM-1

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

versus

TONY HENDERSON,
a.k.a. Hollywood,

        Defendant - Appellant.
_____

Appeal from the United States District Court for the
Middle District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 28, 2014
For the Court: John Ley, Clerk of Court
By: Djuanna Clark