# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 05, 2014

Sheryl L. Loesch
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: **12-14628-CC**
Case Style: USA v. Tony Henderson
District Court Docket No: 3:06-cr-00211-TJC-TEM-1

The following record materials in the referenced case are returned herewith: <u>Six volumes of record on appeal and One PSI.</u>

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Daniel Richardson
Phone #: (404) 335-6115

REC-3 Ltr Returning Record to DC