# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK APR 21 2014 ATLANTA, GA.]*

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 17, 2014

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re:  Tony Henderson
          v. United States
          Application No. 13A1039
          (Your No. 12-14628)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on April 17, 2014, extended the time to and including June 27, 2014.

This letter has been sent to those designated on the attached notification list.

                        Sincerely,

                        Scott S. Harris, Clerk

                        by *[signature]*
                        Jacob C. Travers
                        Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. John P. Elwood
Vinson & Elkins LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037


Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303