# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 12, 2014

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re: Tony Henderson
v. United States
No. 13-1487
(Your No. 12-14628)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 10, 2014 and placed on the docket June 12, 2014 as No. 13-1487.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division