

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
56 Forsyth Street, N.W.
Atlanta, GA 30303

UNITED STATES

    Appellee,

v.                                                Appeal No. 12-14628-C

TONY HENDERSON

    Appellant

---

## MOTION TO REMAND TO DISTRICT COURT

Defendant, Tony Henderson, pro se, timely appealed the Denial of the Motion for Return of Property dated August 8, 2012, by U. S. District Court, Middle District of Florida, Jacksonville Division, Florida. The Court of Appeals for the Eleventh Circuit affirmed the decision of the District Court. Defendant subsequently sought review of the decision of the Eleventh Circuit in the Supreme Court of the United States. Henderson v. United States, No. 13-1487, 575 U.S. ____ (2015). On May 18, 2015, the Supreme Court vacated the judgment of the Court of Appeals and remanded the case for further proceedings consistent with its opinion. Id.

The Supreme Court held that Defendant, Tony Henderson, may transfer ownership of his gun collection, currently in the custody of the FBI, by nominating a person or persons entitled

to own and possess such property and transferring title of the property. The Supreme Court held that a court may make inquiry into the receiving nominee's intention to own and possess such property independent of Defendant's influence and control over the property. See id., slip op. 8. The Defendant, Tony Henderson, asserts that the District Court for the Middle District of Florida is in the best position to make that fact intensive [fact-specific] determination and may conduct such examination or set conditions as it may be satisfied that Tony Henderson will have no further control over the property after transfer.

WHEREFORE, pursuant to the Supreme Court opinion in <u>Henderson v. U.S.</u>, Defendant, Tony Henderson, moves the court to vacate the judgment of the district court and remand this case to the Middle District of Florida, for final disposition in accordance with this decision.

Attached please find a certified copy of the judgment of the Supreme Court in the above-entitled case.

Dated: June 22, 2015.

Respectfully submitted,

*Tony Henderson*

Tony Henderson, Pro Se
6195 Oakdale lane
MacClenny, FL 32063
Phone: 904-259-1436
       904-233-3613

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 19, 2015

Clerk
United States Court of Appeals
 for the Eleventh Circuit
56 Forsyth Street, Northwest
Atlanta, Georgia 30303

    Re: Tony Henderson
        v. United States
        No. 13-1487 (Your docket No. 12-14628)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                                                   Sincerely,

                                                   SCOTT S. HARRIS, Clerk

                                                   By *Elizabeth Brown*

                                                   Elizabeth Brown
                                                   Judgments/Mandates Clerk

Enc.
cc:    Daniel R. Ortiz, Esq.                          John P. Elwood, Esq.
       Solicitor General

# Supreme Court of the United States

No. 13-1487

TONY HENDERSON, Petitioner

v.

UNITED STATES

ON WRIT OF CERTIORARI to the United States Court of Appeals for the Eleventh Circuit.

THIS CAUSE came on to be heard on the transcript of the record from the above court and was argued by counsel.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further proceedings consistent with the opinion of this Court.

May 18, 2015



A True copy. SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF SERVICE

United States of America vs. Tony Henderson  Appeal No. 12-14628-C

FRAP 25(b) through (d) (see reverse) requires that at or before the time of filing a paper, a party must serve a copy on the other parties to the appeal or review. In addition, the person who made service must certify that the other parties have been served, indicating the date and manner of service, the names of the persons served, and their addresses. **You may use this form to fulfill this requirement.** *Please type or print legibly.*

I hereby certify that on (date) June 22, 2015,

a true and correct copy of the foregoing (title of filing) Motion to Remand to District Court,

with first class postage prepaid, has been (check one)

☒ deposited in the U.S. Mail ☐ deposited in the prison's internal mailing system

and properly addressed to the persons whose names and addresses are listed below:

U.S. District Judge Honorable Timothy J. Corrigan U.S. District Court Middle District of Florida 300 N. Hogan Street Jacksonville, Fl. 32202

Assistant U.S. Attorney Russell Stoddard U.S. U.S. District Court Middle District of Florida 300 N. Hogan Street Jacksonville, Fl. 32202

U.S. District Court Clerk of the Court Middle District of Florida 300 N. Hogan Street Jacksonville, Fl. 32202

U.S. Office of the Clerk Attn: Joe Caruso United States Court of Appeals for the Eleventh Circuit 56 Forsyth St., NW Atlanta, Ga. 30303

U.S. Clerk of the Court of Court of Appeals for the Eleventh Circuit 56 Forsyth St., NW Atlanta, Ga. 30303

Tony Henderson
Your Name (please print)     Your Signature

*Please complete and attach this form to the original document and to any copies you are filing with the court, and to all copies you are serving on other parties to the appeal.*