# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher                                              For rules and forms visit
Clerk of Court                                                     www.ca11.uscourts.gov

July 07, 2015

Tony Henderson
6195 OAKDALE LN
MACCLENNY, FL 32063

Appeal Number:  12-14628-CC
Case Style:  USA v. Tony Henderson
District Court Docket No:  3:06-cr-00211-TJC-TEM-1

RETURNED UNFILED: The motion for remand is returned unfiled because it does not have a
certificate of service showing that a copy of the motion was sent to the government's attorney.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

MOT-11 Motion or Document Returned